IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TARA BRANTLEY,

Plaintiff,

Vs. Case No.: 3:14-cv-00636

SUNGLASS HUT TRADING, LLC
(A subsidiary and or affiliate of
LUXOTTICA RETAIL NORTH
AMERICA, INC.),

Defendant.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, any nongovernmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response, or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Sunglass Hut Trading, LLC d/b/a Sunglass Hut

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

YES

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Sunglass Hut Trading, LLC d/b/a Sunglass Hut is an indirect, wholly-owned subsidiary of Luxottica Group S.p.A., a publicly traded company.

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome?

NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd of February, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Ronald S. Motil, Esq., Beatty & Motil, via transmission by the Notices of Electronic Filing generated by CM/ECF and via electronic mail to motil@beattymotil.com and bethb@beattymotil.com on the 3rd day of February, 2015.

***/s/ J. Andrew Talbert, Esquire***
J. Andrew Talbert
Florida Bar No.: 0106003
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
114 East Gregory Street, 2nd Floor
Pensacola, Florida 32502
(850) 434-6490 Telephone
(850) 434-6491 Facsimile
E-Mail: atalbert@qpwblaw.com
*Attorneys for Defendants*